# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-465-RJC-DCK

| | |
|---|---|
| H&M BAY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAIGLER TRUCKING COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Stay Initial Attorney Conference" (Document No. 9) filed November 20, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Stay Initial Attorney Conference" (Document No. 9) is **GRANTED**. The parties shall have 14 days after this court's ruling on Defendant's Motion to Dismiss in which to conduct the Initial Attorney Conference.

Signed: December 1, 2008

David C. Keesler
United States Magistrate Judge